UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **ANN PARKER,** an adult and a resident of the City of Burlington, County of Chittenden, State of Vermont,<br><br>    Plaintiff<br><br>v.<br><br>**DELANIE STROUT**, an adult and a resident of the City of Lewiston, County of Androscoggin, State of Maine,<br><br>    Defendant | Civil Action No: |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

NOW COMES the Plaintiff Ann Parker, by and through her attorneys, Fales & Fales, P.A., and complains against the Defendant Delanie Strout as follows:

**JURISDICTION AND VENUE**

1. The Court has jurisdiction over this action under 28 U.S.C. §1332(a) in that this action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs.

2. Venue is proper in the District of Maine pursuant to 28 U.S.C. §1391(a) as the claim arose here and the Defendant is a citizen of the State of Maine.

**PARTIES**

3. Plaintiff Ann Parker is an adult and resides in the City of Burlington, County of Chittenden, State of Vermont. She is a citizen of the State of Vermont.

1

4. Defendant Delanie Strout is an adult and a resident of the City of Lewiston, County of Androscoggin, State of Maine. She is a citizen of the State of Maine.

**COUNT I (Statutory Liability - 7 M.R.S.A. §3961(1))**

5. Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 4 of this Complaint as if fully set forth herein.

6. At all times pertinent to this Complaint, Defendant Delanie Strout was the owner or keeper of two dogs: a male dog believed to be an American Staffordshire Terrier and Bulldog mix named Arlo; and a female dog believed to be an American Pit Bull mix named Kona (hereinafter referred to as 'the dogs").

7. On or about July 19, 2023, Plaintiff Ann Parker was lawfully at the Defendant Delanie Strout's home at 85 Fairlawn Avenue in the City of Lewiston, County of Androscoggin, State of Maine.

8. On or about July 19, 2023, the dogs kept or owned by Defendant Delanie Strout attacked the Plaintiff Ann Parker causing serious injury to her (hereinafter referred to as "the dog attack").

9. Plaintiff Ann Parker in no way provoked the dogs or occasioned the injury through her own fault or through the absence of due care.

10. As a result of the dog attack, Plaintiff Ann Parker:

    a. suffered severe personal injury, which may be permanent;

    b. incurred and will in the future incur medical expenses;

    c. suffered and will continue to suffer great pain of mind and body, discomfort, anguish, and inconvenience; and

    d. suffered permanent impairment.

WHEREFORE, by this Count, Plaintiff Ann Parker demands judgment against Defendant Delanie Strout in a sum reasonable upon the premises, together with interest and costs, and such other and further relief as may be just and proper.

### COUNT II (Negligence)

11.   Plaintiff Ann Parker repeats the allegations contained in Paragraphs 1 through 10 of Count I of this Complaint as if fully set forth herein.

12   On or about July 19, 2023, Defendant Delanie Strout negligently controlled her dogs.

13.   As a direct and proximate result of the negligence of Defendant Delanie Strout, Plaintiff Ann Parker sustained the injuries and damages more fully described above.

14.   At all times pertinent to this complaint, Plaintiff Ann Parker was in the exercise of due care.

WHEREFORE, by this Count, Plaintiff Ann Parker demands judgment against Defendant Delanie Strout in a sum reasonable upon the premises, together with interest and costs, and such other and further relief as may be just and proper.

### COUNT III (Strict Liability)

15.   Plaintiff Ann Parker repeats the allegations contained in Paragraphs 1 through 14 of Counts I and II of this Complaint as if fully set forth herein.

16.   Defendant Delanie Strout knew of the injurious and vicious propensity of her dogs but nonetheless retained possession of them.

17. Plaintiff Ann Parker was injured when the dogs acted viciously and attacked her in keeping with their propensities.

18. As a direct and proximate result of the dogs acting in keeping with their propensities, Plaintiff Ann Parker sustained the injuries and damages more fully described above.

WHEREFORE, by this Count, Plaintiff Ann Parker demands judgment against Defendant Delanie Strout in a sum reasonable upon the premises together with interest and costs, and such other and further relief as may be just and proper.

## JURY DEMAND

Plaintiff Ann Parker demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

DATED at Lewiston, Maine this 24th day of July, 2025.

/s/ Anthony K. Ferguson
Anthony K. Ferguson, Esq.
Attorney for Plaintiff
MAINE BAR REGISTRATION #2821

FALES & FALES, P.A.
192 Lisbon Street
P.O. Box 889
Lewiston, ME  04243-0889
(207) 786-0606
aferguson@faleslaw.com